4085. CHEROKEE MANUFACTURING Co. *v.* WHITE *et al.*

POTTLE, J. 1. "The superior court has, on certiorari, no power to grant a new trial in an inferior judicatory, on the ground of alleged newly discovered evidence." *Laffitte* v. *State,* 105 *Ga.* 596 (31 S. E. 540).

2. Though weak and unsatisfactory, there was some evidence to support the verdict, and the judgment overruling the certiorari will not be disturbed. *Judgment affirmed.*

DECIDED MAY 22, 1912.

Certiorari; from Murray superior court—Judge Fite. February 19, 1912.

*F. K. McCutchen,* for plaintiff in error. *W. W. Sampler,* contra.